440

McGEARY ET AL., APPELLEES, *v.* BROCKER ET AL., APPELLANTS.

[Cite as *McGeary v. Brocker* (2002), 94 Ohio St.3d 440.]

(Nos. 01–398 and 01–867—Submitted January
29, 2002—Decided March 20, 2002.)

---

The judgment of the court of appeals is reversed pursuant to R.C. 2505.02(B)(3) because the vacating of a summary judgment is a final appealable order.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Martin F. White Co., L.P.A., Martin F. White* and *James J. Crisan,* for appellees.

*Harrington, Hoppe & Mitchell, Ltd., James L. Blomstrom* and *John T. Dellick,* for appellants.